DANIEL HERSHKOWITZ (NSB # 15245)
**KALICKI COLLIER, LLP**
401 Ryland St. #200
Reno, Nevada 89502
Telephone: (775) 852-2600
Facsimile: (775) 852-2642
Email: dch@kalickicollier.com

JUSTIN D. HEIDEMAN (USB #8897)
NORMAN W. PEAT, JR. (USB #17836)
**HEIDEMAN & ASSOCIATES**
2696 North University Avenue, Suite 180
Provo, Utah 84604
Telephone: (801) 472-7742
Facsimile: (801) 374-1724
Email: jheideman@heidlaw.com
         npeat@heidlaw.com
*Attorneys for Mountain Run Solutions, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| CEIL ANN AKERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN RUN SOLUTIONS, LLC, and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:22-cv-00131-GMN-DJA<br><br>**STIPULATED MOTION<br>TO SET ASIDE DEFAULT** |

COMES NOW, Defendant, MOUNTAIN RUN SOLUTIONS, LLC ("Defendant," or "GSM"), by and through undersigned counsels of record, and hereby respectfully move the Court to enter an Order setting aside the *Default* as entered by this Court on April 7, 2022. The *Order Setting Aside the Default Certificate* is being filed concurrently herewith.

///

/// (*signatures on following page*)

///

SIGNED and DATED this 31st day of May 2022.

        **KALICKI COLLIER, LLP**
*/s/ Norman W. Peat, Jr.*
DANIEL HERSHKOWITZ
-and-
NORMAN W. PEAT, JR.
**HEIDEMAN & ASSOCIATES**
2696 N. University Ave, Suite 180
Provo, Utah 84065
(801) 472-7742
(801) 374-1724
npeat@heidlaw.com
*Attorneys for Defendant, Mountain Run Solutions, Inc.*

**Approval as to form:**

SIGNED and DATED this 31st day of May 2022.

        **LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.**
*/s/ James J. Parr*
CRAIG B. FRIEDBERG
-and-
JAMES J. PARR, ESQ.
**AGRUSS LAW FIRM, LLC**
4809 N. Ravenswood Avenue, Suite 409
Chicago, IL 60640
(312) 224-4695
(312) 253-4451
james@agrusslawfirm.com
*Attorneys for Ceil Ann Akers*
*\*Electronic signature affixed with written permission from Plaintiff's counsel on May 23, 2022.*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated this __9__ day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT