Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
(702) 825-8071 – facsimile
attcbf@cox.net

James J. Parr, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6317921
4809 N. Ravenswood Avenue, Suite 409
Chicago, IL 60640
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james@agrusslawfirm.com
***Admitted Pro Hac Vice***

*Attorneys for Plaintiff, CEIL ANN AKERS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CEIL ANN AKERS,<br><br>　　　　Plaintiff,<br>　v.<br><br>MOUNTAIN RUN SOLUTIONS LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00131-GMN-DJA<br><br>**PLAINTIFF'S UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE HER OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANT, MOUNTAIN RUN SOLUTIONS, LLC** |

　　　　Plaintiff, CEIL ANN AKERS ("Plaintiff"), through her undersigned counsel, respectfully requests that this Honorable Court, pursuant to LR IA 6-1, grant Plaintiff her first extension of time to file her opposition to the Motion to Dismiss filed by Defendant, Mountain Run Solutions LLC ("Defendant"), on July 11, 2022 (Doc. No. 25).  In support thereof, Plaintiff state as follows:

　1. Defendant filed its Motion to Dismiss on July 11, 2022.  (Doc. No. 25).

2. Pursuant to LR 7-2, the deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss is July 25, 2022.

3. Defendant's Motion to Dismiss attacks Plaintiff's case both challenging personal jurisdiction as well as the pleading sufficiency of Plaintiff's underlying claims. (Doc. No. 25).

4. Plaintiff's counsel is unable to properly prepare and file an opposition to the broad attacks on Plaintiff's case within the fourteen (14) days allotted by LR 7-2, and also attend to all of his other responsibilities to his other clients.

5. Plaintiff's counsel believes that an additional fourteen (14) days, through August 8, 2022, will allow him to properly prepare and file an opposition to Defendant's Motion to Dismiss.

6. Plaintiff, and her counsel, therefore, request an additional fourteen (14) days, through August 8, 2022, to file an opposition to Defendant's Motion to Dismiss.

7. This is Plaintiff's first motion for an extension of time to file an opposition to Defendant's Motion to Dismiss.

8. Plaintiff's counsel has conferred with Defendant's counsel regarding the proposed extension, to which they do not object.

WHEREFORE, based on the foregoing, Plaintiff, CEIL AKERS, respectfully requests that this Honorable Court grant Plaintiff and her counsel, an extension of fourteen (14) days to file her

opposition to Defendant's Motion to Dismiss, from July 25, 2022 through August 8, 2022.

DATED:  July 22, 2022

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By: /s/ James J. Parr
James J. Parr, Esq.
Illinois Bar No.: 6317921
4809 N. Ravenswood Avenue, Suite 409
Chicago, IL 60640
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james@agrusslawfirm.com
Attorney for Plaintiff
***Admitted Pro Hac Vice***

## ORDER

**IT IS SO ORDERED.**

Dated this  24  day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT