DANIEL HERSHKOWITZ (NSB # 15245)
**KALICKI COLLIER, LLP**
401 Ryland St. #200
Reno, Nevada 89502
Telephone: (775) 852-2600
Facsimile: (775) 852-2642
Email: dch@kalickicollier.com

NORMAN W. PEAT, JR. (USB #17836)
**HEIDEMAN & ASSOCIATES**
2696 North University Avenue, Suite 180
Provo, Utah 84604
Telephone: (801) 472-7742
Facsimile: (801) 374-1724
Email: jheideman@heidlaw.com
       npeat@heidlaw.com
*Attorneys for Mountain Run Solutions, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CEIL ANN AKERS,<br><br>          Plaintiff,<br><br>vs.<br><br>MOUNTAIN RUN SOLUTIONS, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.: 2:22-cv-00131-GMN-DJA<br><br>**STIPULATED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MOUNTAIN RUN SOLUTIONS** |

COMES NOW, Justin D. Heideman of HEIDEMAN & ASSOCIATES, and counsel for Defendant, Mountain Run Solutions, pursuant to LR IA 11-6(b) and submits the following *Motion to Withdraw as Counsel for Defendant Mountain Run Solutions, LLC*, requesting that the Court grant counsel leave to withdraw as the parties are currently in settlement negotiations. If negotiations fail, Mr. Heideman will file a Pro Hac application and re-appear.

     // (*Continued on next page*)

Norman W. Peat, Jr. will continue to be attorney of record for Defendant Mountain Run Solutions.

SIGNED and DATED this 12th day of September, 2022.

**KALICKI COLLIER, LLP**
*/s/ Norman W. Peat, Jr.*
DANIEL HERSHKOWITZ
-and-
NORMAN W. PEAT, JR.
**HEIDEMAN & ASSOCIATES**
2696 N. University Ave, Suite 180
Provo, Utah 84065
(801) 472-7742
(801) 374-1724
npeat@heidlaw.com
*Attorneys for Defendant, Mountain Run Solutions, Inc.*

**Approval as to form:**

SIGNED and DATED this 12th day of September 2022.

**LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.**
*/s/ James J. Parr*
CRAIG B. FRIEDBERG
-and-
JAMES J. PARR, ESQ.
**AGRUSS LAW FIRM, LLC**
4809 N. Ravenswood Avenue, Suite 409
Chicago, IL 60640
(312) 224-4695
(312) 253-4451
james@agrusslawfirm.com
*Attorneys for Ceil Ann Akers*
*\*Electronic signature affixed with written permission from Plaintiff's counsel on September 12, 2022.*

**IT IS SO ORDERED**.

DATED: 9/13/2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on <u>September 12, 2022</u>, I caused to be served a true and correct copy of **STIPULATED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MOUNTAIN RUN SOLUTIONS** to the following individual(s) via the method indicated below:

| Party/Attorney | Method |
|---|---|
| *Attorney for Plaintiff:*<br><br>CRAIG B. FRIEDBERG<br>LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 84121<br>attcbf@cox.net<br>-and-<br>JAMES J. PARR, ESQ.<br>AGRUSS LAW FIRM, LLC<br>4809 N. Ravenswood Avenue, Suite 409<br>Chicago, IL 60640<br>james@agrusslawfirm.com | ☐  Hand Delivery<br>☐  U.S. Mail postage prepaid<br>☐  Overnight Mail<br>☐  Fax Transmission<br>X  Electronically |

                                        **HEIDEMAN & ASSOCIATES**
                                        */s/ Kayla Jackson*
                                        KAYLA JACKSON
                                        *Legal Assistant*

DANIEL HERSHKOWITZ (NSB # 15245)
**KALICKI COLLIER, LLP**
401 Ryland St. #200
Reno, Nevada 89502
Telephone: (775) 852-2600
Facsimile: (775) 852-2642
Email: dch@kalickicollier.com

JUSTIN D. HEIDEMAN (USB #8897)
NORMAN W. PEAT, JR. (USB #17836)
**HEIDEMAN & ASSOCIATES**
2696 North University Avenue, Suite 180
Provo, Utah 84604
Telephone: (801) 472-7742
Facsimile: (801) 374-1724
Email: jheideman@heidlaw.com
          npeat@heidlaw.com
*Attorneys for Mountain Run Solutions, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CEIL ANN AKERS,<br><br>   Plaintiff,<br><br>vs.<br><br>MOUNTAIN RUN SOLUTIONS, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | Case No.: 2:22-cv-00131-GMN-DJA<br><br>**ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL** |

THE COURT, having reviewed the Parties' *Stipulated Motion to Withdraw as Counsel*, and for good cause appearing, hereby ORDERS:

1. The Parties' *Stipulated Motion* is GRANTED.

2. Attorney Justin D. Heideman will withdraw as counsel.

IT IS SO ORDERD:

By: _____

DATED: _____